DECLINE TO REVIEW AS UNTIMELY FILED.

Date signed March 03, 2011



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.:   10–36562 – JS   Chapter:   7

Gregory Hellen
404 Nollmeyer Road
Middle River, MD 21220

Nicole Hellen
404 Nollmeyer Road
Middle River, MD 21220

Creditor – MECU of Baltimore Inc

Reaffirmation – 20

## STATEMENT OF REVIEW

The above identified Reaffirmation Agreement has been reviewed. It appearing that all requirements of 11 U.S.C. § 524 have been complied with, counsel for debtor has made the certification set forth in 11 U.S.C. § 524(c)(3), and Part D of the Reaffirmation Agreement is completed in a manner not significantly disparate from the sworn statements of the debtor in Schedules I and J and creates no presumption of undue hardship under 11 U.S.C. § 524(m). No hearing, determination, or order is required.

cc:   Debtor(s)
      Attorney for Debtor(s) – Edward C. Christman Jr.
      Chapter 7 Trustee – Joseph J. Bellinger
      Creditor – MECU of Baltimore Inc

**34.4 – kgrant**

### End of Order